IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUVENIA MCCRAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUBURN UNIVERSITY )<br>MONTGOMERY, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:11-cv-714-WHA<br>(WO) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day, and previous orders of the court,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED.

Costs taxed to the Plaintiff.

Done this 12th day of March, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE